# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVL ACTION NO. 4:17-cv-2194 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **JEFFREY HERMAN,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 8th day of May, 2018, upon consideration of the United States' Motion (Doc. 5) for Alternate Process and to Extend the Time for Service of Process, it is hereby ORDERED that said motion is GRANTED. Within sixty days of the date of this Order, the United States shall effect service of process on the defendant by causing the notice to be published once a week for four weeks in the Danville News.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania